Michael Louis Kelly - State Bar No. 82063
mlk@kirtlandpackard.com
Behram V. Parekh - State Bar No. 180361
bvp@kirtlandpackard.com
Amy B. Benakote- State Bar No. 256541
abb@kirtlandpackard.com
Heather M. Peterson - State Bar No. 261303
hmp@kirtlandpackard.com
KIRTLAND & PACKARD LLP
2361 Rosecrans Avenue, Fourth Floor
El Segundo, California  90245
Telephone: (310) 536-1000
Facsimile: (310) 536-1001

*Attorneys for Plaintiff, Christopher Greene,
on Behalf of Himself and All Others Similarly Situated*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER GREENE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>POWER BALANCE, LLC, a Delaware Limited Liability Company, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. SACV 11-00049 CJC (MLGx)<br><br>Assigned to the Hon. Cormac J. Carney<br><br>**OBJECTION TO AND REQUEST TO STRIKE DEFENDANT POWER BALANCE, LLC'S MOTION TO STAY THIS ACTION PENDING COURT CONSIDERATION OF THE NATIONWIDE CLASS SETTLEMENT OR, ALTERNATELY, THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION'S RULING ON THE PENDING MOTIONS TO TRANSFER BASED ON VIOLATION OF LOCAL RULE 7-3**<br><br>Date:      March 21, 2011<br>Time:      1:30 p.m. |

Defendant's Motion to Stay is filed, on its face, in violation of Local Rule 7-3 and should be stricken. L.R. 7-3 clearly states, in relevant part:

> **<u>Conference of Counsel Prior to Filing of Motions.</u>** In all cases not listed as exempt in L.R. 16-12, and except in connection with discovery motions (which are governed by L.R. 37-1 through 37-4) and applications for temporary restraining orders or preliminary injunctions, counsel contemplating the filing of any motion shall first contact opposing counsel to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution.... **<u>[T]he conference shall take place at least ten (10) days prior to the filing of the motion</u>**.

Defendant's Motion was filed today, February 16, 2011. In the Motion, counsel states: "This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on February 16, 2011 wherein the parties were unable to reach a resolution which eliminated the necessity for a hearing." Thus, the Motion clearly violates L.R. 7-3, is untimely, and should be stricken.

Dated: February 16, 2011    RESPECTFULLY SUBMITTED

**KIRTLAND & PACKARD LLP**
Michael Louis Kelly
Behram V. Parekh

By: /s/ Behram V. Parekh
Behram V. Parekh, of counsel
2361 Rosecrans Avenue, Fourth Floor
El Segundo, California 90245
Telephone: (310) 536-1000
Facsimile: (310) 536-1001